IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO,<br><br>      Plaintiff,<br><br>vs.<br><br>RODERICK HICKMAN, et al.,<br><br>      Defendants. | Case No. 2:05-cv-02386 JKS DAD P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. Specifically, Plaintiff seeks a declaration that upon expiration of Plaintiff's current term of physical imprisonment the state may not impose upon him a period of parole.[1] On March 10, 2008, this Court dismissed Plaintiff's complaint for failure to allege sufficient facts to state a claim, and ordered him to file an amended complaint within thirty days. Docket No. 10. Plaintiff was warned that failure to comply with the Court's order would result in dismissal of his action. *Id*. The order was served on Plaintiff. As Plaintiff has not filed an amended complaint as instructed, this matter shall be dismissed without prejudice pursuant to Local Rule 11-110 and Fed. R. Civ. P. 41(b).

      Accordingly, **IT IS HEREBY ORDERED** that:

      1. This action is dismissed without prejudice; and

      2. The Clerk shall enter judgment accordingly.

      Dated this the 22nd day of April 2008.

      /s/ James K. Singleton, Jr.
      **JAMES K. SINGLETON, JR.**
      United States District Judge

---

[1] While Plaintiff clearly hopes that such a declaration will lead to an early release from physical custody, it will not necessarily do so. The § 1983 remedy sought by Plaintiff is thus not displaced by habeas corpus. *See Wilkinson v. Dotson*, 544 U.S. 74, 81-82 (2005).